IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN R. DEWITT,

    Petitioner,

v.                                                 Case No. 4:17cv431-MW/EMT

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. No objections have been filed by the parties. This Court finds that on October 2, 2017, Magistrate Judge Elizabeth M. Timothy ordered that the § 2254 petition in this action be attached to Petitioner's pending motion to voluntarily dismiss, ECF No. 58, in *Steven R. Dewitt v. State of Florida*, Case No. 4:15cv433-MW/CAS. ECF No. 2. The Clerk thereafter attached the petition on October 4, 2017, to Petitioner's motion in that other case. This Court on October 27, 2017, addressed the petition in the instant case, ECF 58, along with other motions, in the other case and closed Case No. 4:15cv433-MW/CAS. ECF No. 64. Nothing remains in this action for this Court to consider. Accordingly,

      **IT IS ORDERED:**

1

The report and recommendation is **accepted and adopted** as this Court's opinion.  This case is **DISMISSED** and the Clerk shall close the file.

**SO ORDERED on October 31, 2017.**

<u>s/Mark E. Walker</u>    
**United States District Judge**
